CHICAGO—FIRST DISTRICT—MAY, 1914. 5

Shields v. Bergendahl-Bass Eng. & Const. Co., 187 Ill. App. 5.

## George Shields, Defendant in Error, v. Bergendahl-Bass Engineering & Construction Company, Plaintiff in Error.

### Gen. No. 19,491. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FREDERICK L. FAKE, JR., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Reversed. Opinion filed May 19, 1914.

### Statement of the Case.

Action by George Shields against Bergendahl-Bass Engineering & Construction Company to recover for personal injuries sustained by plaintiff while employed as a structural iron worker. From a judgment entered upon a verdict in favor of plaintiff for five hundred dollars, defendant prosecutes a writ of error.

RALPH F. POTTER, for plaintiff in error.

L. W. CARPENTER, for defendant in error.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

1. MASTER AND SERVANT, § 244*—*when master not liable to servant for negligence of foreman.* The master is not liable to the servant for an injury received through the negligence of a foreman while acting as a colaborer with the servant, where the injury is the result of the way in which the common work is done and not of any exercise of the foreman's authority.

2. MASTER AND SERVANT, § 248*—*when foreman is a fellow-servant.* Where a foreman called to two structural iron workers, "come over here, fellows, and we will put this beam in," and then told them, "you get that end and I'll get this end," and the foreman while assisting with his end pulled the beam so that the two iron workers fell and one of them was injured, *held* that the foreman was a fellow-servant of the one injured with reference to the act which contributed to the injury.

3. MASTER AND SERVANT, § 137*—*when rule imposing duty to furnish safe place to work does not apply.* The ordinary rules imposing upon the master the nondelegable duty of furnishing his employes with a reasonably safe place to work do not apply where

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.

L. Fish Furn. Co. v. Reliable Storage & Van Co., 187 Ill. App. 6.

the work being done by the employe and his fellow-workmen at the time of his injury was in the erection of a building, under conditions which were temporary and constantly changing by reason of the necessities of the work itself.

4. MASTER AND SERVANT, § 383*—*when servant assumes the risk.* An. experienced structural iron worker *held* to have assumed the risk of an injury, where there was no evidence that the conditions under which he was laboring were unusual, it appearing that all the conditions and dangers were as apparent to him as to the employer and there being no claim that any of the conditions or dangers were unknown to him.

5. MASTER AND SERVANT, § 188*—*when order of foreman not misleading as to the dangers of the work.* An order by a foreman to go to a place and assist in placing a beam, *held* not to mislead the servant as to the dangers of doing the work.